UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

RICHARD MORENO, JONATHAN REYES,
CHRISTOPHER RIVERA, RAFAEL ROBLES AND JAIME
VEGA,

                                Plaintiffs,

                    -against-

THE CITY OF NEW YORK; POLICE OFFICER DEREK
BRUNO; SERGEANT ADONIS RAMIREZ; and POLICE
OFFICER BENEDICE RAMOS; individually and in their
official capacities
,

                             Defendants.

-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

14-CV-9514 (WHP)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1.      The above-referenced action is hereby dismissed with prejudice; and

2.     Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

THE LAW OFFICES CHRISTOPHER H. FITZGERALD
*Attorneys for Plaintiffs*
233 Broadway, Suite 2348
New York, New York 10279
(212) 226-2275

By: _____
Christopher H. Fitzgerald
*Attorney for Plaintiffs*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,*
   *Bruno, Ramirez, and Ramos*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____

Beth J. Hoffman
*Senior Counsel*

SO ORDERED:


_____
HON. WILLIAM H. PAULEY, III
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

RICHARD MORENO, JONATHAN REYES,
CHRISTOPHER RIVERA, RAFAEL ROBLES AND JAIME
VEGA,

                                      Plaintiffs,

                -against-

THE CITY OF NEW YORK; POLICE OFFICER DEREK
BRUNO; SERGEANT ADONIS RAMIREZ; and POLICE
OFFICER BENEDICE RAMOS; individually and in their
official capacities
,

                                    Defendants.
------------------------------------------------------------------------------x

**STIPULATION OF
SETTLEMENT**

14-CV-9514 (WHP)

        **WHEREAS,** plaintiffs commenced this action by filing a complaint on or about December 1, 2014, alleging that the defendants violated plaintiffs' federal civil and state common law rights; and

        **WHEREAS,** defendants City of New York, Officer Derek Bruno, Sergeant Adonis Ramirez, and Officer Benedict Ramos have denied any and all liability arising out of plaintiffs' allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

1.      The above-referenced action is hereby dismissed against defendants, with prejudice, and without costs, expenses, or attorneys' fees except as specified in paragraph "2" below.

2.      Defendant City of New York hereby agrees to pay plaintiff Richard Moreno the sum of Eighteen Thousand ($18,000.00) Dollars; plaintiff Jonathan Reyes the sum of Eight Thousand ($8,000.00) Dollars; plaintiff Christopher Rivera the sum of Eight Thousand ($8,000.00) Dollars; plaintiff Rafael Robles the sum of Eighteen Thousand ($18,000.00) Dollars and plaintiff Jaime Vega the sum of Eighteen Thousand ($18,000.00) Dollars in full satisfaction of all claims, including claims for costs, expenses and attorneys' fees.  In consideration for the payment of these sums, plaintiffs agree to dismissal of all the claims against the defendants and to release defendants City of New York, Officer Bruno, Sergeant Ramirez and Officer Ramos; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, or rights of action alleging a violation of plaintiffs' civil rights and any and all related state law claims, from the beginning of the world to the date of the General Releases, including claims for costs, expenses, and attorneys' fees.

3.      Plaintiffs each shall execute and deliver to the City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph "2" above and an Affidavit of Status of Liens. Prior to tendering the requisite documents to effect this settlement, Medicare-recipient plaintiffs must obtain and submit a final demand letter from Medicare for the reimbursement of any conditional payments made by Medicare for any injury or condition that is the subject of this

lawsuit. A Medicare Set-Aside Trust may also be required if future anticipated medical costs are found to be necessary pursuant to 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26.

      4.    Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules or regulations of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this agreement.

      5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

      6.    Plaintiffs agree to hold harmless defendants regarding any liens or past and/or future Medicare payments, presently known or unknown, in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

      7.    This Stipulation of Settlement contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation of Settlement regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:   New York, New York
                      _____, 2015


THE LAW OFFICES CHRISTOPHER H.                    ZACHARY W. CARTER
FITZGERALD                                        Corporation Counsel of the
*Attorneys for Plaintiffs*                             City of New York
233 Broadway, Suite 2348                          *Attorney for Defendants City of New York,*
New York, New  York 10279                             *Bruno, Ramirez, and Ramos*
(212) 226-2275                                    100 Church Street, 3rd Floor
                                                  New York, New York 10007


By: _____              By: _____
         Christopher H. Fitzgerald                        Beth J. Hoffman
         *Attorney for Plaintiffs*                        *Senior Counsel*

## GENERAL RELEASE

**KNOW THAT I, RICHARD MORENO,** date of birth 05/29/1989, Social

Security No. 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, a plaintiff in the action entitled <u>Richard Moreno, et. al v. The City of</u>

<u>New York, et. al,,</u> 14-CV-9514 (WHP) , as "RELEASOR," in consideration of the payment of

Eighteen Thousand ($18,000.00) DOLLARS to me by the City of New York, do hereby release and

discharge defendants City of New York, Officer Bruno, Sergeant Ramirez and Officer Ramos; their

successors or assigns; and all past and present officials, employees, representatives, and agents of the

City of New York or any entity represented by the Office of the Corporation Counsel, collectively the

"RELEASEES," from any and all liability, claims, or rights of action alleging a violation of my civil

rights and any and all related state law claims, from the beginning of the world to the date of this

General Release, including claims for costs, expenses, and attorneys' fees.

**IN FURTHER CONSIDERATION** of the payment set forth above, RELEASOR

hereby waives, releases and forever discharges RELEASEES from any and all claims, known or

unknown, past and/or future conditional payments, arising out of the RELEASOR'S Medicare

eligibility and receipt of Medicare benefits related to the claimed injury in this matter and/or arising

out of the provision of primary payment (or appropriate reimbursement) including causes of action

pursuant to 42 U.S.C. §1395y(b)(3)A of the Medicare, Medicaid and SCHIP Extension Act of 2007.

**THIS RELEASE MAY NOT BE CHANGED ORALLY. THE UNDERSIGNED HAS READ**

**THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

**IN WITNESS WHEREOF,** I have executed this Release this 15th day of November , 2015.

_____
Richard Moreno

STATE OF NY, COUNTY OF New York SS.:

On 11/15 , 2015 before me personally came Richard Moreno to me known, and known
to me to be the individual described in, and who executed the foregoing RELEASE, and duly
acknowledged to me that she/he executed the same.

_____
NOTARY PUBLIC

CHRISTOPHER H. FITZGERALD
NOTARY PUBLIC, State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

2015 NOV 16 PM 4:21

CITY OF N.Y. LAW DEPT.
OFFICE OF CORP. COUNSEL
TORTS DIVISION

## GENERAL RELEASE

**KNOW THAT I, JONATHAN REYES**, date of birth 08-15-86, Social Security No. 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, a plaintiff in the action entitled <u>Richard Moreno, et. al v. The City of New York, et. al.,</u> 14-CV-9514 (WHP) , as "RELEASOR," in consideration of the payment of Eight Thousand ($8,000.00) DOLLARS to me by the City of New York, do hereby release and discharge defendants City of New York, Officer Bruno, Sergeant Ramirez and Officer Ramos; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, collectively the "RELEASEES," from any and all liability, claims, or rights of action alleging a violation of my civil rights and any and all related state law claims, from the beginning of the world to the date of this General Release, including claims for costs, expenses, and attorneys' fees.

**IN FURTHER CONSIDERATION** of the payment set forth above, RELEASOR hereby waives, releases and forever discharges RELEASEES from any and all claims, known or unknown, past and/or future conditional payments, arising out of the RELEASOR'S Medicare eligibility and receipt of Medicare benefits related to the claimed injury in this matter and/or arising out of the provision of primary payment (or appropriate reimbursement) including causes of action pursuant to 42 U.S.C. §1395y(b)(3)A of the Medicare, Medicaid and SCHIP Extension Act of 2007.

**THIS RELEASE MAY NOT BE CHANGED ORALLY. THE UNDERSIGNED HAS READ THE FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

**IN WITNESS WHEREOF,** I have executed this Release this 15 day of November, 2015.

_____
Jonathan Reyes

STATE OF NY , COUNTY OF New York SS.: 122 - 70 - 3774

On Nov. 15 , 2015 before me personally came Jonathan Reyes to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that she/he executed the same.

_____
NOTARY PUBLIC

CHRISTOPHER H. FITZGERALD
NOTARY PUBLIC. State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

**GENERAL RELEASE**

**KNOW THAT I, RAFAEL ROBLES**, date of birth _05/18/86_ , Social Security

No. _080827866_ , a plaintiff in the action entitled <u>Richard Moreno, et. al v. The City of New York, et. al,,</u>

14-CV-9514 (WHP) , as "RELEASOR," in consideration of the payment of Eighteen Thousand ($18,000.00)

DOLLARS to me by the City of New York, do hereby release and discharge defendants City of New York,

Officer Bruno, Sergeant Ramirez and Officer Ramos; their successors or assigns; and all past and present

officials, employees, representatives, and agents of the City of New York or any entity represented by the

Office of the Corporation Counsel, collectively the "RELEASEES," from any and all liability, claims, or rights

of action alleging a violation of my civil rights and any and all related state law claims, from the beginning of

the world to the date of this General Release, including claims for costs, expenses, and attorneys' fees.

**IN FURTHER CONSIDERATION** of the payment set forth above, RELEASOR hereby

waives, releases and forever discharges RELEASEES from any and all claims, known or unknown, past and/or

future conditional payments, arising out of the RELEASOR'S Medicare eligibility and receipt of Medicare

benefits related to the claimed injury in this matter and/or arising out of the provision of primary payment (or

appropriate reimbursement) including causes of action pursuant to 42 U.S.C. §1395y(b)(3)A of the Medicare,

Medicaid and SCHIP Extension Act of 2007.

**THIS RELEASE MAY NOT BE CHANGED ORALLY. THE UNDERSIGNED HAS READ THE**

**FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

**IN WITNESS WHEREOF,** I have executed this Release this _15th_ day of _November_ , 2015.

_____
Rafael Robles

STATE OF _NY_ , COUNTY OF _New York_ SS.:

On _November 15_ , 2015 before me personally came Rafael Robles to me known, and known to me to be
the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that
she/he executed the same.

_____
NOTARY PUBLIC

CHRISTOPHER H. FITZGERALD
NOTARY PUBLIC. State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

## GENERAL RELEASE

**KNOW THAT I, CHRISTOPHER RIVERA**, date of birth _3-22-1983_ Social Security No. _132669308_, a plaintiff in the action entitled <u>Richard Moreno, et. al v. The City of New York, et. al,</u>, 14-CV-9514 (WHP) , as "RELEASOR," in consideration of the payment of Eight Thousand ($8,000.00) DOLLARS to me by the City of New York, do hereby release and discharge defendants City of New York, Officer Bruno, Sergeant Ramirez and Officer Ramos; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York or any entity represented by the Office of the Corporation Counsel, collectively the "RELEASEES," from any and all liability, claims, or rights of action alleging a violation of my civil rights and any and all related state law claims, from the beginning of the world to the date of this General Release, including claims for costs, expenses, and attorneys' fees.

**IN FURTHER CONSIDERATION** of the payment set forth above, RELEASOR hereby waives, releases and forever discharges RELEASEES from any and all claims, known or unknown, past and/or future conditional payments, arising out of the RELEASOR'S Medicare eligibility and receipt of Medicare benefits related to the claimed injury in this matter and/or arising out of the provision of primary payment (or appropriate reimbursement) including causes of action pursuant to 42 U.S.C. §1395y(b)(3)A of the Medicare, Medicaid and SCHIP Extension Act of 2007.

**THIS RELEASE MAY NOT BE CHANGED ORALLY. THE UNDERSIGNED HAS READ THE**

**FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

**IN WITNESS WHEREOF**, I have executed this Release this _15th_ day of _November_ , 2015.

_Christopher Rivera_
Christopher Rivera

STATE OF _NY_ , COUNTY OF _NY_ SS.:

On _Nov. 15_ , 2015 before me personally came Christopher Rivera to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that she/he executed the same.

_____
NOTARY PUBLIC

CHRISTOPHER H. FITZGERALD
NOTARY PUBLIC, State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

## GENERAL RELEASE

**KNOW THAT I, JAIME VEGA,** date of birth _2-16-89_ , Social Security
No. _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_ , a plaintiff in the action entitled <u>Richard Moreno, et. al v. The City of New York, et. al.,</u>
14-CV-9514 (WHP) , as "RELEASOR," in consideration of the payment of Eighteen Thousand ($18,000.00)
DOLLARS to me by the City of New York, do hereby release and discharge defendants City of New York,
Officer Bruno, Sergeant Ramirez and Officer Ramos; their successors or assigns; and all past and present
officials, employees, representatives, and agents of the City of New York or any entity represented by the
Office of the Corporation Counsel, collectively the "RELEASEES," from any and all liability, claims, or rights
of action alleging a violation of my civil rights and any and all related state law claims, from the beginning of
the world to the date of this General Release, including claims for costs, expenses, and attorneys' fees.

**IN FURTHER CONSIDERATION** of the payment set forth above, RELEASOR hereby
waives, releases and forever discharges RELEASEES from any and all claims, known or unknown, past and/or
future conditional payments, arising out of the RELEASOR'S Medicare eligibility and receipt of Medicare
benefits related to the claimed injury in this matter and/or arising out of the provision of primary payment (or
appropriate reimbursement) including causes of action pursuant to 42 U.S.C. §1395y(b)(3)A of the Medicare,
Medicaid and SCHIP Extension Act of 2007.

**THIS RELEASE MAY NOT BE CHANGED ORALLY. THE UNDERSIGNED HAS READ THE
FOREGOING RELEASE AND FULLY UNDERSTANDS IT.**

**IN WITNESS WHEREOF,** I have executed this Release this _15th_ day of _November_ , 2015.

_Jaime Vega_
Jaime Vega

STATE OF _New York_ COUNTY OF _NY_ SS.:

On _Nov 15_ , 2015 before me personally came Jaime Vega to me known, and known to me to be
the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that
she/he executed the same.

NOTARY PUBLIC

CHRISTOPHER H. FITZGERALD
NOTARY PUBLIC, State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

RICHARD MORENO, JONATHAN REYES, CHRISTOPHER RIVERA,
RAFAEL ROBLES AND JAIME VEGA,

**PLAINTIFF'S AFFIDAVIT OF
STATUS OF LIENS**

                                     Plaintiffs,

14-CV-9514 (WHP)

-against-

THE CITY OF NEW YORK; POLICE OFFICER DEREK
BRUNO; SERGEANT ADONIS RAMIREZ; and POLICE
OFFICER BENEDICE RAMOS; individually and in their
official capacities
,

                                     Defendants.

---------------------------------------------------------------------------- x

STATE OF NEW YORK      )
                          : SS.:
COUNTY OF _New York_   )

              **RICHARD MORENO**, being duly sworn, says:

---

**SECTION I - Background Information (complete all items)**

I am the plaintiff in the above-entitled action, and I reside at _2641 Marion Avenue_
_Apt. 1E 10458 Bronx NY_      .

My date of birth is _05_ / _29_ / ~~░░~~ _1989_

☑    By checking this box I affirm that I am making this affidavit with full knowledge that the
same will be relied upon by The City of New York, its agents, employees, and representatives in
connection with settlement of this claim/action against them.

**(Check one of the boxes below)**

☑    My Social Security Number is   _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_    .

☐    I have never applied for nor was ever issued a Social Security Number.

## SECTION II – The City of New York Agencies or Departments (check one)

☑      I am not indebted to any department or agency of The City of New York and there are no liens outstanding.

☐      I have unpaid liens, violations or other debts owed to a department and/or agency of The City of New York. I expressly consent to the payment of those sums, or to the sums agreed upon by counsel, directly from the settlement proceeds.

*List all liens, violations and/or other debts by providing the name of each City agency (e.g. Department of Finance; Department of Sanitation; Environmental Control Board) and the outstanding sums due below:*

_____

_____

_____

## SECTION III – Medicaid or Public Assistance (check one)

☑      I have not received Medicaid or Public Assistance benefits.

☐      I have received Medicaid and/or Public Assistance benefits. The Human Resources Administration, Department of Social Services of The City of New York ("HRA") has issued a Final Notice of Lien which provides a total amount due of $_____ (*attach copy*). I understand that HRA will be paid that amount, or the amount agreed upon by counsel, directly from the settlement proceeds, and that the payment of an amount lesser than the final notice amount is a non-assertion of HRA's lien against the proceeds of this settlement and shall not be deemed a waiver of the full amount owed.

**SECTION IV - Medicare (check one)**

☑     As of the date of this affidavit, I have not received Medicare coverage/ benefits. [*Note: This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395(B)(8)*].

☐     I am a Medicare beneficiary.  My Medicare # [HIC #] is_____. [*Note: This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395 (B)(8).]* I am aware of my obligation to reimburse Medicare, out of the proceeds of a settlement or judgment in this lawsuit, for payments and/or benefits Medicare has provided to me, or provides to me in the future, that relate to the injury or condition that is the subject of the lawsuit. I understand that reimbursement directly to Medicare may be made from proceeds I receive from any judgment or settlement of this action.

**SECTION V - Child Support**

☑     I am not in arrears in child support payments.

☐     I  am in arrears in child support payments and expressly agree to the collection by the NYC Office of Child Support of all unpaid sums directly from the settlement proceeds.

**SECTION VI - New York City Public Hospitals (check one)**

☑     I am not indebted nor am I subject to liens by any City public hospital.

☐     ☐ I am indebted to _____ [City hospital] in the total lien amount of $_____.  I expressly consent to the payment of that sum directly from the settlement proceeds.

**SECTION VII – Workers' Compensation/Disability Benefits (check one)**

☑        I have not received Workers' Compensation or Disability Benefits and there are no liens for the same in this matter.

☐        I am indebted to _____ [for Workers' Compensation or Disability Benefits] in the total lien amount of $_____.  I expressly consent to the payment of that sum directly from the settlement proceeds.

_____

RICHARD MORENO

Sworn to before me this
**15** day of _November_, 2015

_____
NOTARY PUBLIC

CHRISTOPHER H. FITZGERALD
NOTARY PUBLIC, State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

RICHARD MORENO, JONATHAN REYES, CHRISTOPHER RIVERA,
RAFAEL ROBLES AND JAIME VEGA,

**PLAINTIFF'S AFFIDAVIT OF
STATUS OF LIENS**

Plaintiffs,

14-CV-9514 (WHP)

-against-

THE CITY OF NEW YORK; POLICE OFFICER DEREK
BRUNO; SERGEANT ADONIS RAMIREZ; and POLICE
OFFICER BENEDICE RAMOS; individually and in their
official capacities
,

Defendants.

------------------------------------------------------------------------- x

STATE OF NEW YORK          )
                           : SS.:
COUNTY OF _New York_       )

**JONATHAN REYES**, being duly sworn, says:

| **SECTION I - Background Information (complete all items)** |
| --- |

I am the plaintiff in the above-entitled action, and I reside at _2191 Creston Ave #2F_
_Bronx, NY 10453_.

My date of birth is _08 / 15 / 1986_.

☑  By checking this box I affirm that I am making this affidavit with full knowledge that the
same will be relied upon by The City of New York, its agents, employees, and representatives in
connection with settlement of this claim/action against them.

**(Check one of the boxes below)**

☑  My Social Security Number is _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_.

☐  I have never applied for nor was ever issued a Social Security Number.

## SECTION II – The City of New York Agencies or Departments (check one)

[✓]        I am not indebted to any department or agency of The City of New York and there are no liens outstanding.

[ ]        I have unpaid liens, violations or other debts owed to a department and/or agency of The City of New York.  I expressly consent to the payment of those sums, or to the sums agreed upon by counsel, directly from the settlement proceeds.

*List all liens, violations and/or other debts by providing the name of each City agency (e.g. Department of Finance; Department of Sanitation; Environmental Control Board) and the outstanding sums due below:*

_____

_____

_____

## SECTION III - Medicaid or Public Assistance (check one)

[✓]        I have not received Medicaid or Public Assistance benefits.

[ ]        I have received Medicaid and/or Public Assistance benefits.  The Human Resources Administration, Department of Social Services of The City of New York ("HRA") has issued a Final Notice of Lien which provides a total amount due of $_____ (*attach copy*).  I understand that HRA will be paid that amount, or the amount agreed upon by counsel, directly from the settlement proceeds, and that the payment of an amount lesser than the final notice amount is a non-assertion of HRA's lien against the proceeds of this settlement and shall not be deemed a waiver of the full amount owed.

## SECTION IV - Medicare (check one)

☑        As of the date of this affidavit, I have not received Medicare coverage/ benefits. [*Note:  This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395(B)(8)*].

☐        I am a Medicare beneficiary.  My Medicare # [HIC #] is_____. [*Note: This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395 (B)(8).]*  I am aware of my obligation to reimburse Medicare, out of the proceeds of a settlement or judgment in this lawsuit, for payments and/or benefits Medicare has provided to me, or provides to me in the future, that relate to the injury or condition that is the subject of the lawsuit. I understand that reimbursement directly to Medicare may be made from proceeds I receive from any judgment or settlement of this action.

## SECTION V - Child Support

☐        I am not in arrears in child support payments.

☐        I am in arrears in child support payments and expressly agree to the collection by the NYC Office of Child Support of all unpaid sums directly from the settlement proceeds.

## SECTION VI - New York City Public Hospitals (check one)

☑        I am not indebted nor am I subject to liens by any City public hospital.

☐        ☐ I am indebted to _____ [City hospital] in the total lien amount of $_____.  I expressly consent to the payment of that sum directly from the settlement proceeds.

3

**SECTION VII - Workers' Compensation/Disability Benefits (check one)**

☑          I have not received Workers' Compensation or Disability Benefits and there are no liens for the same in this matter.

☐          I am indebted to _____ [for Workers' Compensation or Disability Benefits] in the total lien amount of $_____.    I expressly consent to the payment of that sum directly from the settlement proceeds.

_____

JONATHAN REYES

Sworn to before me this
1 5 day of  N O V  , 2015

_____
NOTARY PUBLIC

CHRISTOPHER H. FITZGERALD
NOTARY PUBLIC, State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ x

RICHARD MORENO, JONATHAN REYES, CHRISTOPHER RIVERA,
RAFAEL ROBLES AND JAIME VEGA,

                                                     Plaintiffs,

                   -against-

THE CITY OF NEW YORK; POLICE OFFICER DEREK
BRUNO; SERGEANT ADONIS RAMIREZ; and POLICE
OFFICER BENEDICE RAMOS; individually and in their
official capacities
,

                                           Defendants.

------------------------------------------------------------------------------ x

**PLAINTIFF'S AFFIDAVIT OF
STATUS OF LIENS**

14-CV-9514 (WHP)

STATE OF NEW YORK     )
                            : SS.:
COUNTY OF _New York_  )

                   **CHRISTOPHER RIVERA**, being duly sworn, says:

| SECTION I - Background Information (complete all items) |
| --- |

I am the plaintiff in the above-entitled action, and I reside at _2609 BAINBRIDGE AVE #25 BRONX NY 10458_ .

My date of birth is _03 / 22 / 1983_ .

☑    By checking this box I affirm that I am making this affidavit with full knowledge that the same will be relied upon by The City of New York, its agents, employees, and representatives in connection with settlement of this claim/action against them.

**(Check one of the boxes below)**

☑    My Social Security Number is _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_ .

☐    I have never applied for nor was ever issued a Social Security Number.

**SECTION II – The City of New York Agencies or Departments (check one)**

☑    I am not indebted to any department or agency of The City of New York and there are no liens outstanding.

☐    I have unpaid liens, violations or other debts owed to a department and/or agency of The City of New York.  I expressly consent to the payment of those sums, or to the sums agreed upon by counsel, directly from the settlement proceeds.

*List all liens, violations and/or other debts by providing the name of each City agency (e.g. Department of Finance; Department of Sanitation; Environmental Control Board) and the outstanding sums due below:*

_____

_____

_____

**SECTION III - Medicaid or Public Assistance (check one)**

☑    I have not received Medicaid or Public Assistance benefits.

☐    I have received Medicaid and/or Public Assistance benefits.  The Human Resources Administration, Department of Social Services of The City of New York ("HRA") has issued a Final Notice of Lien which provides a total amount due of $_____ (*attach copy*).  I understand that HRA will be paid that amount, or the amount agreed upon by counsel, directly from the settlement proceeds, and that the payment of an amount lesser than the final notice amount is a non-assertion of HRA's lien against the proceeds of this settlement and shall not be deemed a waiver of the full amount owed.

**SECTION IV - Medicare (check one)**

☑        As of the date of this affidavit, I have not received Medicare coverage/ benefits. [*Note: This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395(B)(8)*].

☐        I am a Medicare beneficiary.  My Medicare # [HIC #] is _____. [*Note: This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395 (B)(8).]* I am aware of my obligation to reimburse Medicare, out of the proceeds of a settlement or judgment in this lawsuit, for payments and/or benefits Medicare has provided to me, or provides to me in the future, that relate to the injury or condition that is the subject of the lawsuit. I understand that reimbursement directly to Medicare may be made from proceeds I receive from any judgment or settlement of this action.

**SECTION V - Child Support**

☑        I am not in arrears in child support payments.

☐        I am in arrears in child support payments and expressly agree to the collection by the NYC Office of Child Support of all unpaid sums directly from the settlement proceeds.

**SECTION VI - New York City Public Hospitals (check one)**

☑        I am not indebted nor am I subject to liens by any City public hospital.

☐      ☐ I am indebted to _____ [City hospital] in the total lien amount of $_____.  I expressly consent to the payment of that sum directly from the settlement proceeds.

3

**SECTION VII - Workers' Compensation/Disability Benefits (check one)**

☑ I have not received Workers' Compensation or Disability Benefits and there are no liens for the same in this matter.

☐ I am indebted to _____ [for Workers' Compensation or Disability Benefits] in the total lien amount of $_____. I expressly consent to the payment of that sum directly from the settlement proceeds.

CHRISTOPHER RIVERA

Sworn to before me this ___ day of ____, 2015

NOTARY PUBLIC

11/15/15

CHRISTOPHER H. FITZGERALD
NOTARY PUBLIC. State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- x

RICHARD MORENO, JONATHAN REYES, CHRISTOPHER RIVERA,
RAFAEL ROBLES AND JAIME VEGA,

                                     Plaintiffs,

                    -against-

THE CITY OF NEW YORK; POLICE OFFICER DEREK
BRUNO; SERGEANT ADONIS RAMIREZ; and POLICE
OFFICER BENEDICE RAMOS; individually and in their
official capacities
,

                                   Defendants.

------------------------------------------------------------------------- x

**PLAINTIFF'S AFFIDAVIT OF STATUS OF LIENS**

14-CV-9514 (WHP)

STATE OF NEW YORK     )
                           : SS.:
COUNTY OF _New York_ ,  )

           **RAFAEL ROBLES**, being duly sworn, says:

| SECTION I - Background Information (complete all items) |
| --- |

I am the plaintiff in the above-entitled action, and I reside at _3175 Hull Ave #25_
_Bronx NY 10467_ .

My date of birth is _05_ / _18_ / _1986_ .

☑      By checking this box I affirm that I am making this affidavit with full knowledge that the
same will be relied upon by The City of New York, its agents, employees, and representatives in
connection with settlement of this claim/action against them.

**(Check one of the boxes below)**

☑      My Social Security Number is _080 82 9866_ .

☐      I have never applied for nor was ever issued a Social Security Number.

**SECTION II – The City of New York Agencies or Departments (check one)**

☑       I am not indebted to any department or agency of The City of New York and there are no liens outstanding.

☐       I have unpaid liens, violations or other debts owed to a department and/or agency of The City of New York.  I expressly consent to the payment of those sums, or to the sums agreed upon by counsel, directly from the settlement proceeds.

*List all liens, violations and/or other debts by providing the name of each City agency (e.g. Department of Finance; Department of Sanitation; Environmental Control Board) and the outstanding sums due below:*

_____

_____

_____

**SECTION III - Medicaid or Public Assistance (check one)**

☑       I have not received Medicaid or Public Assistance benefits.

☐       I have received Medicaid and/or Public Assistance benefits.  The Human Resources Administration, Department of Social Services of The City of New York ("HRA") has issued a Final Notice of Lien which provides a total amount due of $_____ (*attach copy*).  I understand that HRA will be paid that amount, or the amount agreed upon by counsel, directly from the settlement proceeds, and that the payment of an amount lesser than the final notice amount is a non-assertion of HRA's lien against the proceeds of this settlement and shall not be deemed a waiver of the full amount owed.

## SECTION IV - Medicare (check one)

[✓]      As of the date of this affidavit, I have not received Medicare coverage/ benefits. *[Note: This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395(B)(8)].*

[ ]      I am a Medicare beneficiary.  My Medicare # [HIC #] is_____.
*[Note: This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395 (B)(8).]*   I am aware of my obligation to reimburse Medicare, out of the proceeds of a settlement or judgment in this lawsuit, for payments and/or benefits Medicare has provided to me, or provides to me in the future, that relate to the injury or condition that is the subject of the lawsuit. I understand that reimbursement directly to Medicare may be made from proceeds I receive from any judgment or settlement of this action.

## SECTION V - Child Support

[✓]      I am not in arrears in child support payments.

[ ]      I  am in arrears in child support payments and expressly agree to the collection by the NYC Office of Child Support of all unpaid sums directly from the settlement proceeds.

## SECTION VI - New York City Public Hospitals (check one)

[✓]      I am not indebted nor am I subject to liens by any City public hospital.

[ ]      [ ] I am  indebted  to _____ [City hospital] in the total lien amount of $_____.  I expressly consent to the payment of that sum directly from the settlement proceeds.

**SECTION VII - Workers' Compensation/Disability Benefits (check one)**

☑       I have not received Workers' Compensation or Disability Benefits and there are no liens for the same in this matter.

☐       I am indebted to _____ [for Workers' Compensation or Disability Benefits] in the total lien amount of $_____.    I expressly consent to the payment of that sum directly from the settlement proceeds.

_____

RAFAEL ROBLES

Sworn to before me this
15th day of _November_ , 2015

_____
NOTARY PUBLIC

**CHRISTOPHER H. FITZGERALD**
NOTARY PUBLIC. State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

RICHARD MORENO, JONATHAN REYES, CHRISTOPHER RIVERA,
RAFAEL ROBLES AND JAIME VEGA,

                                                      Plaintiffs,

-against-

THE CITY OF NEW YORK; POLICE OFFICER DEREK
BRUNO; SERGEANT ADONIS RAMIREZ; and POLICE
OFFICER BENEDICE RAMOS; individually and in their
official capacities
,

                                                  Defendants.

------------------------------------------------------------------------ x

**PLAINTIFF'S AFFIDAVIT OF STATUS OF LIENS**

14-CV-9514 (WHP)

STATE OF NEW YORK      )
                           : SS.:
COUNTY OF _New York_    )

          **JAIME VEGA**, being duly sworn, says:

---

**SECTION I - Background Information (complete all items)**

I am the plaintiff in the above-entitled action, and I reside at _754 Bronx River Rd._
_APT # B 43     10708_

My date of birth is _02_/ _16_ / _1989_ .

☑     By checking this box I affirm that I am making this affidavit with full knowledge that the same will be relied upon by The City of New York, its agents, employees, and representatives in connection with settlement of this claim/action against them.

**(Check one of the boxes below)**

☑     My Social Security Number is _074 - 76 - 8439_ .

☐     I have never applied for nor was ever issued a Social Security Number.

**SECTION II – The City of New York Agencies or Departments (check one)**

☑    I am not indebted to any department or agency of The City of New York and there are no liens outstanding.

☐    I have unpaid liens, violations or other debts owed to a department and/or agency of The City of New York.  I expressly consent to the payment of those sums, or to the sums agreed upon by counsel, directly from the settlement proceeds.

*List all liens, violations and/or other debts by providing the name of each City agency (e.g. Department of Finance; Department of Sanitation; Environmental Control Board) and the outstanding sums due below:*

_____

_____

_____

**SECTION III - Medicaid or Public Assistance (check one)**

☑    I have not received Medicaid or Public Assistance benefits.

☐    I have received Medicaid and/or Public Assistance benefits.  The Human Resources Administration, Department of Social Services of The City of New York ("HRA") has issued a Final Notice of Lien which provides a total amount due of $_____ (*attach copy*).  I understand that HRA will be paid that amount, or the amount agreed upon by counsel, directly from the settlement proceeds, and that the payment of an amount lesser than the final notice amount is a non-assertion of HRA's lien against the proceeds of this settlement and shall not be deemed a waiver of the full amount owed.

## SECTION IV - Medicare (check one)

[✓]            As of the date of this affidavit, I have not received Medicare coverage/ benefits.
[*Note: This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395(B)(8)*].

[ ]            I am a Medicare beneficiary.  My Medicare # [HIC #] is_____.
[*Note: This query is made pursuant to Section 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007, 42 U.S.C. 1395 (B)(8).]*  I am aware of my obligation to reimburse Medicare, out of the proceeds of a settlement or judgment in this lawsuit, for payments and/or benefits Medicare has provided to me, or provides to me in the future, that relate to the injury or condition that is the subject of the lawsuit. I understand that reimbursement directly to Medicare may be made from proceeds I receive from any judgment or settlement of this action.

## SECTION V - Child Support

[✓]            I am not in arrears in child support payments.

[ ]            I  am in arrears in child support payments and expressly agree to the collection by the NYC Office of Child Support of all unpaid sums directly from the settlement proceeds.

## SECTION VI - New York City Public Hospitals (check one)

[✓]            I am not indebted nor am I subject to liens by any City public hospital.

[ ]        [ ] I am  indebted  to _____ [City hospital] in the total lien amount of $_____.  I expressly consent to the payment of that sum directly from the settlement proceeds.

**SECTION VII - Workers' Compensation/Disability Benefits (check one)**

☑      I have not received Workers' Compensation or Disability Benefits and there are no liens for the same in this matter.

☐      I am indebted to _____ [for Workers' Compensation or Disability Benefits] in the total lien amount of $_____. I expressly consent to the payment of that sum directly from the settlement proceeds.

_____

JAIME VEGA

Sworn to before me this
15 day of _Nov._, 2015

_____
NOTARY PUBLIC

CHRISTOPHER H. FITZGERALD
NOTARY PUBLIC, State of New York
No. 02FI6262500
Qualified in New York County
Commission Expires 5/29/2016

4

Form **W-9**
(rev. August 2013)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give Form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
*Christopher H. Fitzgerald*

Business name/disregarded entity name, if different from above
*The Law Office of Christopher H. Fitzgerald*

Check appropriate box for federal tax classification:

☑ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

Exemptions (see instructions):

Exempt payee code (if any) _____

Exemption from FATCA reporting
code (if any) _____

Address (number, street, and apt. or suite no.)
*233 Broadway  Suite 2348*

City, state, and ZIP code
*New York  NY  10279*

Requester's name and address (optional)

List account number(s) here (optional)

Print or type
See **Specific Instructions** on page 2.

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN I the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instruction on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note**. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

| 5 | 8 | 6 | – | 9 | 4 | – | 7 | 3 | 3 | 9 |

**Employer identification number**

| | | | | | – | | | | | |

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

| Sign Here | Signature of U.S. person ▶ | Date ▶ *11/15/15* |

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                                  Form **W-9** (Rev. 8-2013)

In the cases below, the following person must give Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States:

• In the case of a disregarded entity with a U.S. owner, the U.S. owner of the disregarded entity and not the entity,

• In the case of a grantor trust with a U.S. grantor or other U.S. owner, generally, the U.S. grantor or other U.S. owner of the grantor trust and not the trust, and

• In the case of a U.S. trust (other than a grantor trust), the U.S. trust (other than a grantor trust) and not the beneficiaries of the trust.

**Foreign person.** If you are a foreign person or the U.S. branch of a foreign bank that has elected to be treated as a U.S. person, do not use Form W-9. Instead, use the appropriate Form W-8 or Form 8233 (see Publication 515, Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the payee has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement to Form W-9 that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

*Example.* Article 20 of the U.S.-China income tax treaty allows an exemption from tax for scholarship income received by a Chinese student temporarily present in the United States. Under U.S. law, this student will become a resident alien for tax purposes if his or her stay in the United States exceeds 5 calendar years. However, paragraph 2 of the first Protocol to the U.S.-China treaty (dated April 30, 1984) allows the provisions of Article 20 to continue to apply even after the Chinese student becomes a resident alien of the United States. A Chinese student who qualifies for this exception (under paragraph 2 of the first protocol) and is relying on this exception to claim an exemption from tax on his or her scholarship or fellowship income would attach to Form W-9 a statement that includes the information described above to support that exemption.

If you are a nonresident alien or a foreign entity, give the requester the appropriate completed Form W-8 or Form 8233.

**What is backup withholding?** Persons making certain payments to you must under certain conditions withhold and pay to the IRS a percentage of such payments. This is called "backup withholding." Payments that may be subject to backup withholding include interest, tax-exempt interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, payments made in settlement of payment card and third party network transactions, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

You will not be subject to backup withholding on payments you receive if you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return.

**Payments you receive will be subject to backup withholding if:**

1. You do not furnish your TIN to the requester,

2. You do not certify your TIN when required (see the Part II instructions on page 3 for details),

3. The IRS tells the requester that you furnished an incorrect TIN,

4. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

5. You do not certify to the requester that you are not subject to backup withholding under 4 above (for reportable interest and dividend accounts opened after 1983 only).

Certain payees and payments are exempt from backup withholding. See *Exempt payee code* on page 3 and the separate Instructions for the Requester of Form W-9 for more information.

Also see *Special rules for partnerships* on page 1.

**What is FATCA reporting?** The Foreign Account Tax Compliance Act (FATCA) requires a participating foreign financial institution to report all United States account holders that are specified United States persons. Certain payees are exempt from FATCA reporting. See *Exemption from FATCA reporting code* on page 3 and the Instructions for the Requester of Form W-9 for more information.

## Updating Your Information

You must provide updated information to any person to whom you claimed to be an exempt payee if you are no longer an exempt payee and anticipate receiving reportable payments in the future from this person. For example, you may need to provide updated information if you are a C corporation that elects to be an S corporation, or if you no longer are tax exempt. In addition, you must furnish a new Form W-9 if the name or TIN changes for the account, for example, if the grantor of a grantor trust dies.

## Penalties

**Failure to furnish TIN.** If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

**Civil penalty for false information with respect to withholding.** If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

**Criminal penalty for falsifying information.** Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

**Misuse of TINs.** If the requester discloses or uses TINs in violation of federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

### Name

If you are an individual, you must generally enter the name shown on your income tax return. However, if you have changed your last name, for instance, due to marriage without informing the Social Security Administration of the name change, enter your first name, the last name shown on your social security card, and your new last name.

If the account is in joint names, list first, and then circle, the name of the person or entity whose number you entered in Part I of the form.

**Sole proprietor.** Enter your individual name as shown on your income tax return on the "Name" line. You may enter your business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Partnership, C Corporation, or S Corporation.** Enter the entity's name on the "Name" line and any business, trade, or "doing business as (DBA)" name on the "Business name/disregarded entity name" line.

**Disregarded entity.** For U.S. federal tax purposes, an entity that is disregarded as an entity separate from its owner is treated as a "disregarded entity." See Regulation section 301.7701-2(c)(2)(iii). Enter the owner's name on the "Name" line. The name of the entity entered on the "Name" line should never be a disregarded entity. The name on the "Name" line must be the name shown on the income tax return on which the income should be reported. For example, if a foreign LLC that is treated as a disregarded entity for U.S. federal tax purposes has a single owner that is a U.S. person, the U.S. owner's name is required to be provided on the "Name" line. If the direct owner of the entity is also a disregarded entity, enter the first owner that is not disregarded for federal tax purposes. Enter the disregarded entity's name on the "Business name/disregarded entity name" line. If the owner of the disregarded entity is a foreign person, the owner must complete an appropriate Form W-8 instead of a Form W-9. This is the case even if the foreign person has a U.S. TIN.

**Note.** Check the appropriate box for the U.S. federal tax classification of the person whose name is entered on the "Name" line (Individual/sole proprietor, Partnership, C Corporation, S Corporation, Trust/estate).

**Limited Liability Company (LLC).** If the person identified on the "Name" line is an LLC, check the "Limited liability company" box only and enter the appropriate code for the U.S. federal tax classification in the space provided. If you are an LLC that is treated as a partnership for U.S. federal tax purposes, enter "P" for partnership. If you are an LLC that has filed a Form 8832 or a Form 2553 to be taxed as a corporation, enter "C" for C corporation or "S" for S corporation, as appropriate. If you are an LLC that is disregarded as an entity separate from its owner under Regulation section 301.7701-3 (except for employment and excise tax), do not check the LLC box unless the owner of the LLC (required to be identified on the "Name" line) is another LLC that is not disregarded for U.S. federal tax purposes. If the LLC is disregarded as an entity separate from its owner, enter the appropriate tax classification of the owner identified on the "Name" line.

**Other entities.** Enter your business name as shown on required U.S. federal tax documents on the "Name" line. This name should match the name shown on the charter or other legal document creating the entity. You may enter any business, trade, or DBA name on the "Business name/disregarded entity name" line.

## Exemptions

If you are exempt from backup withholding and/or FATCA reporting, enter in the Exemptions box, any code(s) that may apply to you. See *Exempt payee code* and *Exemption from FATCA reporting code* on page 3.

Form W-9 (Rev. 8-2013)

**Exempt payee code.** Generally, individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends. Corporations are not exempt from backup withholding for payments made in settlement of payment card or third party network transactions.

**Note.** If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding.

The following codes identify payees that are exempt from backup withholding:

1—An organization exempt from tax under section 501(a), any IRA, or a custodial account under section 403(b)(7) if the account satisfies the requirements of section 401(f)(2)

2—The United States or any of its agencies or instrumentalities

3—A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities

4—A foreign government or any of its political subdivisions, agencies, or instrumentalities

5—A corporation

6—A dealer in securities or commodities required to register in the United States, the District of Columbia, or a possession of the United States

7—A futures commission merchant registered with the Commodity Futures Trading Commission

8—A real estate investment trust

9—An entity registered at all times during the tax year under the Investment Company Act of 1940

10—A common trust fund operated by a bank under section 584(a)

11—A financial institution

12—A middleman known in the investment community as a nominee or custodian

13—A trust exempt from tax under section 664 or described in section 4947

The following chart shows types of payments that may be exempt from backup withholding. The chart applies to the exempt payees listed above, 1 through 13.

| IF the payment is for . . . | THEN the payment is exempt for . . . |
| --- | --- |
| Interest and dividend payments | All exempt payees except for 7 |
| Broker transactions | Exempt payees 1 through 4 and 6 through 11 and call C corporations. S corporations must not enter an exempt payee code because they are exempt only for sales of noncovered securities acquired prior to 2012. |
| Barter exchange transactions and patronage dividends | Exempt payees 1 through 4 |
| Payments over $600 required to be reported and direct sales over $5,000¹ | Generally, exempt payees 1 through 5² |
| Payments made in settlement of payment card or third party network transactions | Exempt payees 1 through 4 |

¹ See Form 1099-MISC, Miscellaneous Income, and its instructions.

² However, the following payments made to a corporation and reportable on Form 1099-MISC are not exempt from backup withholding: medical and health care payments, attorneys' fees, gross proceeds paid to an attorney, and payments for services paid by a federal executive agency.

**Exemption from FATCA reporting code.** The following codes identify payees that are exempt from reporting under FATCA. These codes apply to persons submitting this form for accounts maintained outside of the United States by certain foreign financial institutions. Therefore, if you are only submitting this form for an account you hold in the United States, you may leave this field blank. Consult with the person requesting this form if you are uncertain if the financial institution is subject to these requirements.

A—An organization exempt from tax under section 501(a) or any individual retirement plan as defined in section 7701(a)(37)

B—The United States or any of its agencies or instrumentalities

C—A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities

D—A corporation the stock of which is regularly traded on one or more established securities markets, as described in Reg. section 1.1472-1(c)(1)(i)

E—A corporation that is a member of the same expanded affiliated group as a corporation described in Reg. section 1.1472-1(c)(1)(i)

F—A dealer in securities, commodities, or derivative financial instruments (including notional principal contracts, futures, forwards, and options) that is registered as such under the laws of the United States or any state

G—A real estate investment trust

H—A regulated investment company as defined in section 851 or an entity registered at all times during the tax year under the Investment Company Act of 1940

I—A common trust fund as defined in section 584(a)

J—A bank as defined in section 581

K—A broker

L—A trust exempt from tax under section 664 or described in section 4947(a)(1)

M—A tax exempt trust under a section 403(b) plan or section 457(g) plan

## Part I. Taxpayer Identification Number (TIN)

**Enter your TIN in the appropriate box.** If you are a resident alien and you do not have and are not eligible to get an SSN, your TIN is your IRS individual taxpayer identification number (ITIN). Enter it in the social security number box. If you do not have an ITIN, see How to get a TIN below.

If you are a sole proprietor and you have an EIN, you may enter either your SSN or EIN. However, the IRS prefers that you use your SSN.

If you are a single-member LLC that is disregarded as an entity separate from its owner (see Limited Liability Company (LLC) on page 2), enter the owner's SSN (or EIN, if the owner has one). Do not enter the disregarded entity's EIN. If the LLC is classified as a corporation or partnership, enter the entity's EIN.

**Note.** See the chart on page 4 for further clarification of name and TIN combinations.

**How to get a TIN.** If you do not have a TIN, apply for one immediately. To apply for an SSN, get Form SS-5, Application for a Social Security Card, from your local Social Security Administration office or get this form online at *www.ssa.gov.* You may also get this form by calling 1-800-772-1213. Use Form W-7, Application for IRS Individual Taxpayer Identification Number, to apply for an ITIN, or Form SS-4, Application for Employer Identification Number, to apply for an EIN. You can apply for an EIN online by accessing the IRS website at *www.irs.gov/businesses* and clicking on Employer Identification Number (EIN) under Starting a Business. You can get Forms W-7 and SS-4 from the IRS by visiting IRS.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you are asked to complete Form W-9 but do not have a TIN, apply for a TIN and write "Applied For" in the space for the TIN, sign and date the form, and give it to the requester. For interest and dividend payments, and certain payments made with respect to readily tradable instruments, generally you will have 60 days to get a TIN and give it to the requester before you are subject to backup withholding on payments. The 60-day rule does not apply to other types of payments. You will be subject to backup withholding on all such payments until you provide your TIN to the requester.

**Note.** Entering "Applied For" means that you have already applied for a TIN or that you intend to apply for one soon.

**Caution:** *A disregarded U.S. entity that has a foreign owner must use the appropriate Form W-8.*

## Part II. Certification

To establish to the withholding agent that you are a U.S. person, or resident alien, sign Form W-9. You may be requested to sign by the withholding agent even if items 1, 4, or 5 below indicate otherwise.

For a joint account, only the person whose TIN is shown in Part I should sign (when required). In the case of a disregarded entity, the person identified on the "Name" line must sign. Exempt payees, see Exempt payee code earlier.

**Signature requirements.** Complete the certification as indicated in items 1 through 5 below.

**1. Interest, dividend, and barter exchange accounts opened before 1984 and broker accounts considered active during 1983.** You must give your correct TIN, but you do not have to sign the certification.

**2. Interest, dividend, broker, and barter exchange accounts opened after 1983 and broker accounts considered inactive during 1983.** You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

**3. Real estate transactions.** You must sign the certification. You may cross out item 2 of the certification.

**4. Other payments.** You must give your correct TIN, but you do not have to sign the certification unless you have been notified that you have previously given an incorrect TIN. "Other payments" include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services (including payments to corporations), payments to a nonemployee for services, payments made in settlement of payment card and third party network transactions, payments to certain fishing boat crew members and fishermen, and gross proceeds paid to attorneys (including payments to corporations).

**5. Mortgage interest paid by you, acquisition or abandonment of secured property, cancellation of debt, qualified tuition program payments (under section 529), IRA, Coverdell ESA, Archer MSA or FSA contributions or distributions, and pension distributions.** You must give your correct TIN, but you do not have to sign the certification.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, If combined funds, the first individual on the account.[1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 5. Sole proprietorship or disregarded entity owned by an individual | The owner[3] |
| 6. Grantor trust filing under Optional Form 1099 Filing Method 1 (see Regulation section 1.671-4(b)(2)(i)(A)) | The grantor* |

| For this type of account: | Give name and EIN of: |
|---|---|
| 7. Disregarded entity not owned by an individual | The owner |
| 8. A valid trust, estate, or pension trust | Legal entity[4] |
| 9. Corporation or LLC electing corporate status on Form 8832 or Form 2553 | The corporation |
| 10. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 11. Partnership or multi-member LLC | The partnership |
| 12. A broker or registered nominee | The broker or nominee |
| 13. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |
| 14. Grantor trust filing under the Form 1041 Filing Method or the Optional Form 1099 Filing Method 2 (see Regulation section 1.671-4(b)(2)(i)(B)) | The trust |

[1] List first and circle the name of the person whose number you furnish. If only one person on a joint account has an SSN, that person's number must be furnished.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name and you may also enter your business or "DBA" name on the "Business name/disregarded entity" name line. You may use either your SSN or EIN (if you have one), but the IRS encourages you to use your SSN.

[4] List first and circle the name of the trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.) Also see *Special note for partnerships* on page 1.

*Note. Grantor must also provide a Form W-9 to trustee of trust.

**Note.** If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.

## Secure Your Tax Records from Identity Theft

Identity theft occurs when someone uses your personal information such as your name, social security number (SSN), or other identifying information, without your permission, to commit fraud or other crimes. An identity thief may use your SSN to get a job or may file a tax return using your SSN to receive a refund.

To reduce your risk:

• Protect your SSN,

• Ensure your employer is protecting your SSN, and

• Be careful when choosing a tax preparer.

If your tax records are affected by identity theft and you receive a notice from the IRS, respond right away to the name and phone number printed on the IRS notice or letter.

If your tax records are not currently affected by identity theft but you think you are at risk due to a lost or stolen purse or wallet, questionable credit card activity or credit report, contact the IRS Identity Theft Hotline at 1-800-908-4490 or submit Form 14039.

For more information, see Publication 4535, Identity Theft Prevention and Victim Assistance.

Victims of identity theft who are experiencing economic harm or a system problem, or are seeking help in resolving tax problems that have not been resolved through normal channels, may be eligible for Taxpayer Advocate Service (TAS) assistance. You can reach TAS by calling the TAS toll-free case intake line at 1-877-777-4778 or TTY/TDD 1-800-829-4059.

**Protect yourself from suspicious emails or phishing schemes.** Phishing is the creation and use of email and websites designed to mimic legitimate business emails and websites. The most common act is sending an email to a user falsely claiming to be an established legitimate enterprise in an attempt to scam the user into surrendering private information that will be used for identity theft.

The IRS does not initiate contacts with taxpayers via emails. Also, the IRS does not request personal detailed information through email or ask taxpayers for the PIN numbers, passwords, or similar secret access information for their credit card, bank, or other financial accounts.

If you receive an unsolicited email claiming to be from the IRS, forward this message to phishing@irs.gov. You may also report misuse of the IRS name, logo, or other IRS property to the Treasury Inspector General for Tax Administration at 1-800-366-4484. You can forward suspicious emails to the Federal Trade Commission at: spam@uce.gov or contact them at www.ftc.gov/idtheft or 1-877-IDTHEFT (1-877-438-4338).

Visit IRS.gov to learn more about identity theft and how to reduce your risk.

**Privacy Act Notice**

Section 6109 of the Internal Revenue Code requires you to provide your correct TIN to persons (including federal agencies) who are required to file information returns with the IRS to report interest, dividends, or certain other income paid to you; mortgage interest you paid; the acquisition or abandonment of secured property; the cancellation of debt; or contributions you made to an IRA, Archer MSA, or MSA. The person collecting this form uses the information on the form to file information returns with the IRS, reporting the above information. Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation and to cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their laws. The information also may be disclosed to other countries under a treaty, to federal and state agencies to enforce civil and criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism. You must provide your TIN whether or not you are required to file a tax return. Under section 3406, payers must generally withhold a percentage of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to the payer. Certain penalties may also apply for providing false or fraudulent information.