USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

RICHARD MORENO, JONATHAN REYES,
CHRISTOPHER RIVERA, RAFAEL ROBLES AND JAIME
VEGA,

          Plaintiffs,

-against-

THE CITY OF NEW YORK; POLICE OFFICER DEREK
BRUNO; SERGEANT ADONIS RAMIREZ; and POLICE
OFFICER BENEDICE RAMOS; individually and in their
official capacities

          Defendants.

---------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-9514 (WHP)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
12/15, 2015

| | |
|---|---|
| THE LAW OFFICES CHRISTOPHER H. FITZGERALD<br>*Attorneys for Plaintiffs*<br>233 Broadway, Suite 2348<br>New York, New York 10279<br>(212) 226-2275<br><br>By: _____<br>Christopher H. Fitzgerald<br>*Attorney for Plaintiffs* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York,<br>Bruno, Ramirez, and Ramos*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Beth J. Hoffman<br>*Senior Counsel* |

SO ORDERED:

_____ 12/16/15
HON. WILLIAM H. PAULEY, III
UNITED STATES DISTRICT JUDGE

Dated: _____, 2015

2